

**FILED & ENTERED**

**AUG 11 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Roni Yani, Debtor | Case No.:    2:10-bk-57294-ER<br>Adv. No.:    2:14-ap-01185-ER |
| Roni Yani,<br><br>                              Counter-Claimant<br><br>           v.<br><br>Sarkis Aylozyan,<br><br>                              Counter-Defendant | **MEMORANDUM OF DECISION GRANTING JUDGMENT IN FAVOR OF SARKIS AYLOZYAN WITH RESPECT TO RONI YANI'S COUNTERCLAIM FOR SANCTIONS UNDER BANKRUPTCY RULE 9011**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

On July 18, 2017, the Court issued an "Order Setting Forth Procedure for Adjudication of Issues Raised by Roni Yani's Counterclaim for Sanctions Under Bankruptcy Rule 9011" (the "Order") [Doc. No. 152]. The Order provided in relevant part:

1) If Yani wishes to pursue Bankruptcy Rule 9011 sanctions against Aylozyan, he must seek such relief by motion, with such motion to be filed by no later than August 7, 2017.
2) If Yani does not seek sanctions against Aylozyan by the deadline set forth in ¶1, the Court will enter judgment in Aylozyan's favor as to the claims for relief asserted in Yani's counterclaim.

Yani has not timely brought a motion for Bankruptcy Rule 9011 sanctions against Aylozyan. Further, although the Court ultimately did not rule in Aylozyan's favor on any of the claims asserted in the Complaint, the Court's discussion of the evidence presented at trial, set forth in the "Memorandum of Decision Finding that Indebtedness of $454,133.56 Owed by Roni Yani to

Sarkis Aylozyan Was Discharged in Yani's Bankruptcy" [Doc. No. 150], shows that the claims asserted in the Complaint had some evidentiary support, were not frivolous, and were not presented for an improper purpose. That is, while Aylozyan did not meet his burden, he did present some evidence in support of his claims. Accordingly, the Court finds that Yani is not entitled to any relief in connection with his claim for Bankruptcy Rule 9011 sanctions. The Court will enter judgment consistent with this Memorandum of Decision.

###

Date: August 11, 2017

Ernest M. Robles
United States Bankruptcy Judge